UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| EMA FINANCIAL, LLC, a Delaware Limited Liability Company, | Case No. 20-cv-08781-ALC-GWG |
| Plaintiff, | **NOTICE OF MOTION** |
| - against - | |
| TPT GLOBAL TECH, INC.., a Florida Corporation, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PLEASE TAKE NOTICE, that the undersigned, attorneys for plaintiff EMA Financial LLC, will move this Court, located at the United States Courthouse, 500 Pearl Street, New York, N.Y. 10007 at a time and date to be determined by the Court, for an Order dismissing the counterclaims and affirmative defenses of defendant TPT Global Tech, Inc., including pursuant to Rule 9 and Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
January 5, 2021

LAW OFFICE OF JEFFREY FLEISCHMANN PC

By: /s/Jeffrey Fleischmann
     Jeffrey Fleischmann, Esq.
*Attorneys for EMA Financial LLC*
150 Broadway, Suite 900
New York, Ne 10038
Tel. (646) 657-9623
Fax (646) 351-0694
jf@lawjf.com