```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EMA FINANCIAL LLC,                                          :
                                                            :
                          Plaintiff,                        :
                                                            :     20-CV-8781 (VSB)
            -against-                                       :
                                                            :         ORDER
                                                            :
TPT GLOBAL TECH, INC.,                                      :
                                                            :
                          Defendant.                        :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On January 6, 2021, Plaintiff filed a motion to dismiss Defendant's counterclaims pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), and to strike Defendant's affirmative defenses.  (Doc. 13.)  Accordingly, it is hereby:

ORDERED that Defendant shall serve any opposition to the motion to dismiss by February 8, 2021.  Plaintiff's reply, if any, shall be served by February 22, 2021.

SO ORDERED.

Dated: January 7, 2021
       New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge