UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| EMA FINANCIAL, LLC, a Delaware Limited Liability Company, | Case No. 20-cv-08781-ALC-GWG |
| Plaintiff, | **NOTICE OF MOTION** |
| - against - | |
| TPT GLOBAL TECH, INC., a Florida Corporation, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PLEASE TAKE NOTICE, that the undersigned, attorneys for plaintiff EMA Financial LLC, will move this Court, located at the United States Courthouse, 500 Pearl Street, New York, N.Y. 10007 at a time and date to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 56, granting plaintiff summary judgment on the claims set forth in the complaint, and pursuant to Fed. R. Civ. P.12 (b)(6).

Dated: New York, New York
March 23, 2021

        LAW OFFICE OF JEFFREY FLEISCHMANN PC
        By: /s/Jeffrey Fleischmann
        Jeffrey Fleischmann, Esq.

        *Attorneys for EMA Financial LLC*
        150 Broadway, Suite 900
        New York, N.Y. 10038
        Tel. (646) 657-9623
        Fax (646) 351-0694
        jf@lawjf.com