# LAW OFFICE OF
# JEFFREY FLEISCHMANN, P.C.

150 Broadway, Suite 900
New York, N.Y. 10038

JEFFREY FLEISCHMANN

Telephone: (646) 657-9623
Facsimile: (646) 351-0694

March 31, 2021

<u>Via ECF:</u>
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re*: Ema Financial, LLC v. TPT Global Tech, Inc.*
<u>Case No. 20-cv-08781-ALC-GWG</u>

Dear Judge Broderick:

    We represent plaintiff EMA Financial LLC ("EMA") with respect to the above referenced matter. We write with regards to Defendant's letter to the Court, dated March 29, 2021 requesting a briefing schedule for the two motions filed by Plaintiff (the "Motions"). Plaintiff opposes Defendant's application for a conference.

    Today, counsel for Plaintiff and Defendant met and conferred with regards to a briefing schedule for the Motions. The parties agreed that Defendant would submit its opposition by the end of April, 2021 and Plaintiff would reply by May 15, 2021. As a briefing schedule has been mutually agreed upon by the two parties, it is EMA's position that a conference is unnecessary and ultimately a waste of judicial resources. Indeed, other than setting a briefing schedule (that the parties have now agreed to) Defendant's letter is unclear as to what the purpose of the conference would be.

    We thank the Court for its consideration.

Respectfully Submitted,

By: <u>/s/ Jeffrey Fleischmann</u>

1