# SALLAH ASTARITA & COX, LLC
## ATTORNEYS AT LAW

MARK J. ASTARITA

MJA@SALLAHLAW.COM
MEMBER NY. NJ BAR

60 POMPTON AVENUE
VERONA, NEW JERSEY 07044

TEL: (973) 559-5566

WWW.SALLAHLAW.COM

*New York Office*
11 BROADWAY, SUITE 615
NEW YORK, NEW YORK 10004

*Florida Office*
3010 NORTH MILITARY TRAIL
BOCA RATON, FL 33431

April 6, 2021

**VIA ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

    **Re: EMA Financial, LLC v. TPT Global Tech, Inc.**
    **Docket No. 20-cv-08781-VSB**

Dear Judge Broderick:

We represent the Defendant in the above referenced matter and are writing to advise Your Honor that the parties have conferred and agreed to a briefing schedule for the Plaintiff's motion for summary judgment.

The parties have agreed that the Defendant's opposition to the motion for summary judgment will be filed on or before April 30, 2021 and the Plaintiff will file its reply on or before May 17, 2021.

We appreciate Your Honor's consideration in this regard.

                                                              Respectfully,

                                                              Mark J. Astarita

cc: Jeffrey Fleischmann, Esq. (By ECF)