UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                                    :

EMA FINANCIAL,                                    :

                                    Plaintiff,    :

                                                      :                  20-CV-8781 (VSB)

                          -against-          :

                                                        :                        **ORDER**

TPT GLOBAL TECH, INC.,                :

                                    Defendant.  :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       The Clerk of the Court has entered a Certificate of Default in this matter.  (Doc. 44.) Plaintiff is directed to my Individual Rule 4.H governing default judgments and ORDERED to take action in this case within thirty (30) days.

SO ORDERED.

Dated:  January 26, 2024
           New York, New York

                                                                Vernon S. Broderick
                                                                  United States District Judge