UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
     :
EMA FINANCIAL,     :
     :
              Plaintiff,     :
     :     20-CV-8781 (VSB)
         -against-     :
     :     **ORDER**
TPT GLOBAL TECH, INC.,     :
     :
              Defendant.   :
     :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       I held a telephonic show cause hearing in this matter on April 18, 2024 at 2:00 PM. Defendant TPT Global Tech, Inc. ("TPT") failed to appear at the hearing. In accordance with my comments at the hearing, it is hereby:

       ORDERED that the answer and amended answer filed by TPT, (Docs. 10, 11), are stricken and default judgment is entered against TPT as to liability.

       IT IS FURTHER ORDERED that this action be referred to Magistrate Judge Barbara Moses for an inquest into damages.

SO ORDERED.

Dated: April 19, 2024
       New York, New York

                                                                                Vernon S. Broderick
                                                            United States District Judge